UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:14-cv-81567-KAM

MONICA THOMPKINS,

    Plaintiff,

vs.

SCHOOL BOARD OF PALM BEACH COUNTY,

    Defendant.

_____/

## ORDER REQUIRING STATUS OF SETTLEMENT

This matter is before the Court *sua sponte*. On August 31, 2015, the parties filed a Joint Notice of Settlement. (DE 62.) The parties advised, "The settlement is subject to approval at the next available meeting of the School Board of Palm Beach County, expected to be held September 16, 2015. The undersigned counsel expect to file the appropriate Joint Motion for Dismissal after approval of the settlement and execution of the settlement paperwork." (*Id.*) It has been two weeks since the school board meeting and nothing has been filed by the parties.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the parties shall file a joint motion for dismissal, or otherwise advise the Court of the status of this case, on or before **Friday, October 6, 2015**.

**DONE AND ORDERED** in chambers at West Palm Beach, Palm Beach County, Florida, this 30th day of September, 2015.

                                                                  _____
                                                                  KENNETH A. MARRA
                                                                  United States District Judge